IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CENTRAL SOURCE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANNUALCREDITDREPORT.COM, et al.,<br><br>    Defendants. | Civil Action No. 1:23-cv-586 |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated January 30, 2024, in response to a Motion for Default Judgment.

Based on a <u>de novo</u> review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered in favor of Plaintiff and against the Defendant Domain Names with respect to Plaintiff's claim for violations of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). It is further

ORDERED that Verisign, Inc., the operator of the .COM registry, shall change the registrar(s) of record for the Defendant Domain Names to Plaintiff's domain name registrar of choice, GoDaddy.com, LLC, and that GoDaddy.com, LLC shall take all

1

necessary steps to have Plaintiff Central Source LLC listed as the registrant(s) for the Defendant Domain Names.

Alexandria, Virginia
February 29, 2024

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

2